S.D.N.Y.-N.Y.C.
06-cv-2469
Baer, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 3rd day of October, two thousand twelve.

Present:
> Jon O. Newman,
> Gerard E. Lynch,
> Raymond J. Lohier, Jr.,
>> *Circuit Judges.*

Export-Import Bank of the Republic of China,

>> *Plaintiff-Appellant*,

v.                                                                    12-2619

Grenada,

>> *Defendant-Appellee*.

Appellant, through counsel, moves to stay vacatur of certain restraining notices and disbursement of certain funds pending appeal. Upon due consideration, it is hereby ORDERED that Appellant's motion is DENIED. *See In re World Trade Ctr. Disaster Site Litig.*, 503 F.3d 167 (2d Cir. 2007).

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk



SAO-SSH